**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| OTIS BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:13-1293 Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | Magistrate Judge Bryant |
| Defendant. | ) | |

**O R D E R**

On February 23, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**. This Order constitutes the final judgment in this case.

It is so **ORDERED**.

ENTER this 13th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge